## Staunton.

FRANKLIN COUNTY AND ANOTHER v. E. W. SAUNDERS.

SEPTEMBER 15, 1898.

Absent, Cardwell, J.

1. COUNTY PROPERTY—*Lease for Private Purposes—Powers of Judge of County Court.*—The judge of a County Court has no authority to au_ thorize or assent to a lease of county property acquired for county pur_ poses to any person for private use, or for any purposes other than those provided by law. The judge of the County Court is a mere agent of the county in respect to county property, whose duties and powers are prescribed by law, and all contracts made by him in respect to said property, not authorized by statute, are void.

Error to a judgment of the Circuit Court of Franklin county rendered October 22, 1896, in an action of ejectment wherein the county of Franklin and the Board of Supervisors of Frank- lie county, the plaintiffs in error, were the plaintiffs, and the defendant in error was the defendant.

*Reversed.*

This was an action of ejectment to recover possession of an up-stairs room in one of the clerk's offices of Franklin county, which had been let to the defendant, to be used as a law office, by the clerk of the County Court of Franklin county, with the assent of the judge of said court. The proceedings, ver- dict, and judgment were in all respects similar to those in *Franklin County* v. *Gills & Johnson, ante* p. 330.

*L. W. Anderson* and *B. A. Davis*, for the plaintiffs in error.

*Dillard & Lee*, for the defendant in error.

BUCHANAN, J., delivered the opinion of the court.

This case was heard in this court with the case of *Franklin County, &c.*, v. *Gills & Johnson*. The question involved in each case is the same, and was decided in the Circuit Court in the same way. For reasons stated in writing and filed with the record in that case the judgment of the Circuit Court was reversed. For like reasons the judgment in this case must be reversed, the verdict of the jury set aside, and the cause remanded for a new trial.

*Reversed.*